February 10, 1972

Beavers *v.* Beavers, Appellant.

Argued December 13, 1971. *Sally S. Beavers,* appellant, in propria persona; *John W. Beavers, Jr.,* appellee, in propria persona.

The appeal is quashed.

Buchert, Appellant, *v.* Bowling.

Argued December 8, 1971. *Armin J. R. Frost,* for appellant; *Steven A. Cotlar,* for appellees.

Order affirmed.